IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLENN K. MIZUKAMI, ) | CIVIL 09-00572DAE-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DONNA C. EDWARDS; THOMAS ) | |
| D. COLLINS III #3938, DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 29, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE AND TO DENY AS MOOT PLAINTIFF'S

APPLICATION TO PROCEED IN FORMA PAUPERIS," docket entry no.4, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 19, 2010.



_____
David Alan Ezra
United States District Judge

<u>Glenn K. Mizukami vs. Donna C. Edwards, et al.</u>, Civil No. 09-00572 DAE-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION